UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )   Cr. No. 15-003 WES
                                    )
ALFRED PERRY,                       )
                                    )
        Defendant.                  )
_____ )

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on July 11, 2017 (ECF No. 25), setting forth proposed findings of fact concerning whether Defendant Alfred Perry was in violation of the terms of his supervised release, and if so, the disposition of this matter. Magistrate Judge Almond held a revocation hearing on July 5, 2017, at which Defendant admitted he was in violation of his supervised release conditions as to the charged violations. Defendant has been detained pending his final sentencing in this matter. Chief Judge Smith held a hearing in this matter on September 20, 2017. At that hearing, there were no objections to the R&R, and Defendant exercised his right to allocution. The Court continued the matter and held a conference on October 6, 2017.

After careful consideration, the Court ACCEPTS the R&R and ADOPTS the recommendations therein. Defendant Alfred Perry is committed to the Bureau of Prisons for a term of incarceration of fourteen months with no further supervised release.
IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: October 12, 2017